# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# SUMMONS IN A CIVIL CASE

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION AND WELFARE FUNDS, | Docket Number: 08CV3210 |
| | Assigned Judge: JUDGE HART |
| v. | Designated Magistrate Judge: MAGISTRATE JUDGE KEYS |
| PAGE CARTAGE, INC., a dissolved Illinois corporation and Jimmy Page, Jr., Individually | |

TO: (Name and address of defendant)

Jimmy Page, Jr., Individually
242 Cove Drive
Flossmoor, Illinois 60422

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard, Suite 300
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____          _____
Michael W. Dobbins, Clerk                Date

_____
(by) Deputy Clerk

**Michael W. Dobbins, Clerk**

*[signature]*

**(By) DEPUTY CLERK**                     **June 3, 2008**
                                          Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 6/30/08 @ 10:25 am |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Brian Riebel | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

_____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Skyla Page (daughter) (B/F 20, black hair, light complexion)

☐ Returned unexecuted:

_____

☐ Other (specify):

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/30/08
                Date

Signature of Server

Address of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.