IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 08 C 3210<br>)<br>) Judge Hart<br>) |
| PAGE CARTAGE, INC., a dissolved Illinois corporation and Jimmy Page, Jr., Individually, | ) Magistrate Judge Jeys<br>)<br>) |
| Defendants. | ) |

## NOTICE OF MOTION

To:  PAGE CARTAGE, INC.,
 a dissolved Illinois corporation
 c/o Its Registered Agent
 Jimmy J. Page
 242 Cove Drive
 Flossmoor, Illinois 60422

 Jimmy Page, Jr. Individually
 242 Cove Drive
 Flossmoor, Illinois 60422

PLEASE TAKE NOTICE that on July 30, 2008, at 11:00 a.m., I will appear before the Honorable Judge Hart in Room 2243 and then and there present the attached Motion for Judgment in Sum Certain, a copy of which is attached hereto.

Respectfully submitted,

s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: July 22, 2008

## CERTIFICATE OF SERVICE

  I hereby certify that on July 22, 2008 I electronically filed the foregoing Notice of Motion with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

                **s/John J. Toomey**
                ARNOLD AND KADJAN
                19 W. Jackson Blvd., Suite 300
                Chicago, IL 60604
                Telephone No.: (312) 236-0415
                Facsimile No.: (312) 341-0438
                Dated: July 22, 2008