Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3210 | **DATE** | 7/30/2008 |
| **CASE TITLE** | Trustees of the Suburban Teamsters of Northern Illinois Pension Fund and Welfare Funds v. Page Cartage, Inc., et al. | | |

## DOCKET ENTRY TEXT

Motion hearing held. Plaintiff's motion for judgment in sum certain [8] is granted. Court enters judgment in favor of plaintiff and against defendants Page Cartage, Inc. and Jimmy Page, Jr., jointly and severally, in the amount of $6,247.84. Enter Order of Judgment.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:02

| | | Courtroom Deputy Initials: | CW |
|---|---|---|---|