IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, )<br><br>Plaintiff, )<br><br>v. )<br><br>PAGE CARTAGE, INC., a dissolved Illinois corporation and Jimmy Page, Jr., Individually, )<br><br>Defendants. ) | No. 08 C 3210<br><br>Judge Hart<br><br>Magistrate Judge Jeys |

### ORDER OF JUDGMENT

This matter coming to be heard upon Plaintiff's Motion for Judgment in a sum certain and the court being fully advised in the premises,

IT IS HEREBY ORDERED AS FOLLOWS:

That judgment is entered in favor of the Plaintiff TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS and against the Defendant, PAGE CARTAGE, INC., a dissolved Illinois corporation and Jimmy Page, Jr., Individually, jointly and severally in the amount of $6,247.84.

Date: July 30, 2008

Entered:

_____
JUDGE HART