## *United States District Court for the Northern District of Illinois*

Case Number: 08CV3210     Assigned/Issued By: DAJ

Judge Name: HART     Designated Magistrate Judge: KEYS

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00   ☐ $39.00   ☐ $5.00
                ☐ IFP       ☐ No Fee   ☐ Other _____
                ☐ $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

**ISSUANCES**

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
✓ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

__1__ Original and __1__ copies on __08/06/08__ as to __JP MORGAN CHASE__
                                    (Date)
(NO NOTICE). _____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05