IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) No. 08 C 3210 <br>)<br>) Judge Hart |
| PAGE CARTAGE, INC., a dissolved Illinois corporation and Jimmy Page, Jr., Individually, | )<br>) Magistrate Judge Jeys<br>) |
| Defendants. | ) |

## RELEASE (SATISFACTION) OF JUDGMENT

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, having receiving $6,247.84 as payment in full of the judgment entered on April 23, 2008 against Defendants, PAGE CARTAGE, INC., a dissolved Illinois corporation and Jimmy Page, Jr., Individually.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: August 29, 2008