IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS, )))) | |
| Plaintiff, ) | |
| ) | No. 08 C 3210 |
| v. ) | |
| ) | Judge Hart |
| ) | |
| PAGE CARTAGE, INC., a dissolved Illinois corporation and Jimmy Page, Jr., Individually, ))) | Magistrate Judge Jeys |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:  Page Cartage, Inc., a dissolved Illinois
     corporation
     c/o Jimmy Page, Jr., President
     16829 Ellis
     South Holland, Illinois 60473

     Jimmy Page, Jr. Individually
     16829 Ellis
     South Holland, Illinois 60473

PLEASE TAKE NOTICE that on August 29, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division the following document:

1.  Release (Satisfaction) of Judgment.

a copy of which is attached hereto and served upon you.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: August 29, 2008

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on August 7, 2008 I electronically filed the foregoing Notice of Filing with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid:

SCOTT ROGERS, Individually
and d/b/a ROGERS HAULING, LLC.
152 W. Prairiefield Avenue
Cortland, Illinois  60112

            s/John J. Toomey
            ARNOLD AND KADJAN
            19 W. Jackson Blvd., Suite 300
            Chicago, IL 60604
            Telephone No.:  (312) 236-0415
            Facsimile No.:   (312) 341-0438
            Dated:  August 7, 2008